FELTMAN, Respondent, v. DUNN, Appellant.

(222 N. W. 269.)

(File No. 5399.   Opinion filed December 12, 1928.)

T. J. Spangler, of Mitchell, for Appellant.
Brown & Brown, of Chamberlain, for Respondent.

PER CURIAM.   In the above case an appeal was taken to this court, and on the 28th day of December, 1927, opinion was filed and is reported in 217 N. W. 198.   Thereafter a rehearing was granted.   Pending the rehearing the action has been settled and a motion made to dismiss the appeal.   The opinion filed is therefore withdrawn, and the appeal dismissed, without cost to either party.